UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL THOMPSON,

          Plaintiff,

v.

GREYSTAR MANAGEMENT SERVICES, LP and 2014 FAIRVIEW AVE. LLC,

          Defendants.

C24-0773 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Pursuant to 28 U.S.C. § 636(c) and Local Rule MJR 13, and based upon the consent of the parties to proceed before a United States Magistrate Judge, *see* Joint Status Report at ¶ 3 (docket no. 7 at 2), this case is reassigned to the Honorable S. Kate Vaughan.  All future pleadings shall bear the cause number C-24-0773-SKV.

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 15th day of August, 2024.

                                  Ravi Subramanian
                                  Clerk

                                  s/Laurie Cuaresma
                                  Deputy Clerk

MINUTE ORDER - 1